**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MENTAL DISABILITY LAW CLINIC,
TOURO COLLEGE, et al.,

                      Plaintiffs,

       - against -

MICHAEL F. HOGAN, et al.,

                      Defendants.
-----------------------------------------------------------X

**ORDER**

06-CV-6320 (CPS) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

     The Office of Court Administration shall respond to the plaintiffs' letter motion to compel production of subpoenaed materials, docket entry 113, no later than April 28, 2009. I direct counsel for the plaintiffs immediately to provide a copy of the instant order to counsel for the Office of Court Administration.

     x

     **SO ORDERED.**

Dated: Brooklyn, New York
       April 24, 2009

                                           /s/ James Orenstein
                                           JAMES ORENSTEIN
                                           U.S. Magistrate Judge